IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| CHARLES COBB, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 4:20-cv-00249-JJV |
| | * | |
| ANDREW SAUL, Commissioner, | * | |
| Social Security Administration, | * | |
| | * | |
| Defendant. | * | |

## ORDER

Before the Court is Plaintiff's counsel's Motion for Approval of Attorney's Fees Under 42 U.S.C. §406(b). (Doc. No. 34.) The Commissioner of the Social Security Administration has responded and takes no position but has provided the Court with authority to assist in making a decision. (Doc. 37.)

After carefully considering the instant Motion and Response, the previous fee petition pleadings (Doc. Nos. 30-32) and *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), I find the Motion should be GRANTED. The amount of $6,430.50 is hereby awarded to Plaintiff's counsel pursuant to §206(b)(1). The previously awarded fee was seized by the Department of the Treasury because of Plaintiff's child support arrearages and counsel states he has ". . . yet to receive a fee legal work performed before the Court." (Doc. Nos. 35 at ¶¶ 5-6; 35-2.) Therefore, there is no EAJA fee to return.

SO ORDERED this 4th day of June 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE